IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

STEVEN WALDMAN
on behalf of himself and all others
similarly situated,

        Plaintiffs,

v.

HESS CORPORATION,

        Defendant.

Civil Action No. 2:07-cv-02221 KSH-PS

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that, by agreement of the undersigned parties and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Complaint is hereby dismissed with prejudice with each party to bear his/its own attorneys' fees and costs.

Dated: June 25, 2008

TRUJILLO-RODRIGUEZ & RICHARDS, LLC
Attorneys for Plaintiff

By: _____
    Lisa J. Rodriguez

Dated: June 25, 2008

WILENTZ, GOLDMAN & SPITZER
Attorneys for Defendant Hess Corporation

By: _____
    Brian J. Molloy

SO ORDERED:

_____
Katharine S. Hayden, U.S.D.J.

#3056388